**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
 ZIYAO ZHANG,

                        Plaintiff,

        -against-                                     26 **CIVIL** 01076 (LTS)

                                                  **JUDGMENT**

888 BOOTH MEMORIAL LAUNDROMAT, et
al.,

                        Defendants.
-------------------------------------------------------------X


       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 30, 2026, the Court hereby bars Plaintiff from filing future civil actions IFP in this court without first seeking permission from the court for leave to file. See 28 U.S.C. § 1651. Any filings that Plaintiff submits that do not comply with the above filing restrictions will be discarded. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

**Dated:** New York, New York

       March 31, 2026

                                        **TAMMI M. HELLWIG**

                                             **Clerk of Court**

                  **BY:**

                                             **Deputy Clerk**